1
2
3
4
5
6
7
8                     United States District Court
9                     Eastern District of California
10
11
12 Merrick Jose Moore,
13          Plaintiff,                No. Civ. S 04-0871 MCE PAN P
14     vs.                            Order
15 J. Sloss, et al.,
16          Defendants.
17                              -oOo-
18      August 4, 2005, plaintiff filed a First Set of
19 Interrogatories.
20      Interrogatories, requests for production, requests for
21 admission, responses and proofs of service thereof "shall not be
22 filed with the clerk until there is a proceeding in which the
23 document or proof of service is at issue.  When required in a
24 proceeding, only that part of the request and response that is in
25 issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-
26 250(c). Plaintiff must serve his discovery on defendants

1 directly.

2   Plaintiff's August 4, 2005, First Set of Interrogatories is
3 stricken and the clerk of the court shall make a notation thereon
4 to that effect.

5   So ordered.

6   Dated:  August 16, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge