United States District Court

Eastern District of California

Merrick Jose Moore,

        Plaintiff,

vs.

J. Sloss, et al.,

        Defendants.

No. Civ. S 04-0871 MCE PAN P

Order

-oOo-

Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action.

The United States Marshal has returned process directed to defendant Way unserved because he could not be found. Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an

action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause.  If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly:

1. The clerk of the court shall mail plaintiff one form USM-285 and a copy of the pleading filed April 30, 2004.

2. Within 90 days from the date this order is signed, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Way and two copies of the pleading provided to plaintiff.

3. If plaintiff does not provide new instructions for service of process upon defendant Way within the time allowed or show good cause for such failure I will recommend claims against that defendant be dismissed.

So ordered.

Dated:  October 25, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

```
 1
 2
 3
 4
 5
 6
 7
 8                    United States District Court
 9                    Eastern District of California
10
11
12  Merrick Jose Moore,
13          Plaintiff,           No. Civ. S 04-0871 MCE PAN P
14      vs.                      Notice of Submission of Documents
15  J. Sloss, et al.,
16          Defendants.
17                              -oOo-
18      Plaintiff hereby submits the following documents in
19  compliance with the court's order filed _____:
20          ____ completed summons form
21          ____ completed forms USM-285
22          ____ copies of the _____
23                             Complaint
24  Dated: _____
25                                 _____
26                                 Plaintiff
```