IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

      Plaintiff,                        No. CIV S-04-0871 MCE PAN P

      vs.

J. SLOSS, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On February 1, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant H. Way was again returned unserved[1] because the California Department of Corrections and Rehabilitation was unable to locate said defendant with the information provided. Plaintiff must provide additional information to serve this defendants. Plaintiff will be given one final opportunity to seek additional information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

---

[1] Process directed to defendant Way was previously returned unserved in June 2005.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the complaint filed April 30, 2004;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant H. Way;

    b. Two copies of the endorsed complaint filed April 30, 2004; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: May 2, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
moor0871.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

      Plaintiff,                        No. CIV S-04-0871 MCE PAN P

     vs.

J. SLOSS, et al.,                    <u>NOTICE OF SUBMISSION</u>

      Defendants.               <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      __1__    completed USM-285 forms

      __2__    copies of the April 30, 2004 Complaint

DATED:

                                           _____
                                           Plaintiff