IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MERRICK JOSE MOORE,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. SLOSS, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:04-cv-0871 MCE PAN (JFM)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　　The Court, having considered Defendants' request for an extension of time to file a motion for summary judgment, and good cause having been found.

　　　　IT IS HEREBY ORDERED:  The deadline for both parties to file a dispositive motion is extended to August 4, 2006.

DATED: July 18, 2006.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/moor0871.ext