IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

    Plaintiff,                  No. CIV S-04-0871 MCE PAN P

    vs.

J. SLOSS, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

        On March 15, 2006, plaintiff filed a motion for an order compelling defendants Sloss, Lewis and Wagner to provide further responses to several interrogatories included in plaintiff's first set of interrogatories to said defendants.  Defendants oppose the motion on the ground that plaintiff has failed to set forth with any specificity deficiencies in the interrogatory responses served by defendants in October 2005.  Defendants' opposition is well-taken. Plaintiff's motion will therefore be denied.

        On May 19, 2006, plaintiff filed a motion styled as a discovery motion pursuant to California Government Code § 6250 et seq. by which he seeks to compel defense counsel to provide additional information to enable service of process to be completed on defendant H.

Way.  Good cause appearing, defendants will be directed to file a response to the motion within ten days from the date of this order.  The deadline for plaintiff to file additional information for service of process on defendant Way will be extended by one additional period of sixty days.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's March 15, 2006 motion to compel is denied; and

2.  Within ten days from the date of this order defendants shall file and serve a response to plaintiff's May 19, 2006 motion for discovery.

3.  Plaintiff is granted an additional period of sixty days from the date of this order to submit the documents required by the court's May 3, 2006 order.

DATED: July 27, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
moor0871.mtc