IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

    Plaintiff,                      No. CIV S-04-0871 MCE PAN P

    vs.

J. SLOSS, et al.,

    Defendants.                  <u>ORDER</u>

    _____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2006, plaintiff filed a motion styled as a discovery motion pursuant to California Government Code § 6250 et seq. by which he seeks to compel defense counsel to provide additional information to enable service of process to be completed on defendant H. Way.

        By order filed August 2, 2006, defendants were directed to file a response to plaintiff's motion. On August 7, 2006, defendants filed an opposition to the motion in which they state that "[a]fter conducting a reasonable inquiry, Defendants are unable to locate any information regarding H. Way." Appended to defendants' opposition is a letter addressed to the United States Marshal Service for the Eastern District of California from the Litigation Coordinator at High Desert State Prison in which the litigation coordinator suggests that the

individual identified as H. Way "is actually H.A. Wagner, CCII Appeals Coordinator who is already named as a defendant" in this action. It appears defendants have no further information to provide to plaintiff to aid in service of process on H. Way. For that reason, plaintiff's motion will be denied.

In the court's August 2, 2006 order, plaintiff was given a period of sixty days in which to file documents necessary for service of process on H. Way. It now appears H. Way may in fact be a different individual who has already appeared as a defendant in this action and, in any event, it appears no further information is available to plaintiff for purposes of service of process on H. Way. Good cause appearing, the deadline set in the August 2, 2006 order will be vacated. Plaintiff will be granted a period of twenty days from the date of this order to either file the documents required by the August 2, 2006 order for service of process on H. Way, or to inform the court in writing that he concurs with the litigation coordinator's statement that "H.Way" is in fact defendant H. A. Wagner and therefore need not be separately served with process.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's May 19, 2006 motion for discovery is denied.

2. The deadline set in this court's order filed August 2, 2006 for submission of service documents required by the court's May 3, 2006 order is vacated.

3. Plaintiff is granted twenty days from the date of this order to submit either the documents required by the court's May 3, 2006 order or a statement in writing that he concurs with the litigation coordinator's statement that "H.Way" is in fact defendant H.A. Wagner and therefore need not be separately served with process.

DATED: August 17, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp;moor0871.mtc(2)