1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MERRICK JOSE MOORE,
11          Plaintiff,                  No. CIV S-04-0871 MCE EFB P
12      vs.
13  J. SLOSS, et al.,
14          Defendants.         ORDER
15  _____/
16      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42
17  U.S.C. § 1983. On May 19, 2006, plaintiff filed a motion styled as a discovery motion pursuant
18  to California Government Code §§ 6250 *et seq*. by which he sought to compel defense counsel to
19  provide additional information to enable service of process to be completed on defendant H.
20  Way. By order filed August 2, 2006, defendants were directed to file a response to plaintiff's
21  motion. On August 7, 2006, defendants filed an opposition to the motion in which they state that
22  "[a]fter conducting a reasonable inquiry, Defendants are unable to locate any information
23  regarding H. Way." Appended to defendants' opposition was a letter addressed to the United
24  States Marshals Service for the Eastern District of California from the Litigation Coordinator at
25  High Desert State Prison in which the litigation coordinator suggests that the individual
26  identified as H. Way "is actually H.A. Wagner, CCII Appeals Coordinator who is already named

1  as a defendant" in this action.  Accordingly, the court denied plaintiff's motion but granted
2  plaintiff a period of twenty days to either file the documents for service of process on H. Way, or
3  to inform the court in writing that he concurs with the litigation coordinator's statement that
4  "H.Way" is, in fact, defendant H. A. Wagner and therefore need not be separately served with
5  process.  On August 30, 2006, plaintiff filed a document styled as a motion to concur with the
6  fact that defendant "H. Way" is in fact defendant H. Wagner.  Accordingly, the duplicative
7  reference to H. Way is stricken from the complaint.

8       Accordingly, IT IS ORDERED that, plaintiff having confirmed that the complaint's
9  reference to "H. Way" is in fact a duplicate reference to defendant H. Wagner, who has already
10 appeared in this action, the reference to H. Way in the complaint is hereby STRICKEN.
11 Dated:  November 14, 2006.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE