IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

     Plaintiff,                            No. CIV S-04-0871 MCE EFB P

    vs.

J. SLOSS, et al.,

     Defendants.                         ORDER

       Plaintiff is a state prisoner prosecuting this civil rights action without counsel. *See* 42 U.S.C. § 1983.  Pursuant to the January 6, 2006, schedule, a pretrial conference was set for October 20, 2006 before the magistrate judge, and trial was set for January 10, 2007 before the Honorable Morrison C. England, Jr.

       Because the parties' cross-motions for summary judgment are pending, the above dates are vacated.  *See* Fed. R. Civ. P. 16(b).  The court will schedule further dates, if appropriate, following resolution of the motions for summary judgment.

       So ordered.

Dated: February 26, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE