IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

        Plaintiff,                        No. CIV S-04-0871 MCE EFB P

    vs.

J. SLOSS, et al.,

        Defendants.               ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

        On March 26, 2008, plaintiff filed a motion for an extension of time in which to file objections to the March 7, 2008, findings and recommendations and to file a pretrial statement. In its order adopting the findings and recommendations, the district court found that plaintiff's objections were timely filed and granted plaintiff 30 days in which to file his pretrial statement.

////

////

1


Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 7, 2008, motion for appointment of counsel is denied.

2. Plaintiff's March 26, 20008, motion for an extension of time in which to file his objections and pretrial statement is denied as unnecessary.

DATED: April 22, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE