IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

       Plaintiff,                      No. CIV S-04-0871 MCE EFB P

   vs.

J. SLOSS, et al.,

       Defendants.          <u>ORDER</u>

                              /

      On May 27, 2008, plaintiff filed a document styled "motion for discovery." Such a motion would be untimely under the current scheduling order. However, the document is actually an untimely request for production of documents directed to counsel for defendants.

      Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

      Plaintiff has also requested an extension of time in which to conduct further discovery. Defendants oppose. The court's scheduling order set a date for the close of discovery in June 2005. Plaintiff has not offered arguments in support of this motion other than to say that his

1

access to the prison law library is limited and he requires additional time to obtain documentary evidence. Extending discovery at this late date is not warranted nor supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 27, 2008, motion for discovery is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

2. Plaintiff's May 27, 2008, motion for an extension of time is denied.

DATED: June 12, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE