IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

       Plaintiff,                        No. CIV S-04-0871 MCE EFB P

   vs.

J. SLOSS, et al.,

       Defendants.             ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On October 6, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

////

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. The findings and recommendations filed October 6, 2009, are adopted in full;
5 and
6        2. Plaintiff's September 8, 2009, motion for a temporary restraining order and
7 preliminary injunction (docket no. 94) is denied.[1]
8    So ordered.
9 Dated: December 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] It appears that the October 6, 2009 findings and recommendations mistakenly referred to docket number 95.