FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 22 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MERRICK JOSE MOORE, | No. 10-17054 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:04-cv-00871-MCE-EFB |
| v. | Eastern District of California, Sacramento |
| J. SLOSS; et al., | |
| Defendants - Appellees. | ORDER |

Before:  GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

The mandate is recalled for the limited purpose of allowing Moore to file a petition for rehearing en banc and of considering that petition if filed.

Moore's request for an extension of time to file a petition for rehearing en banc is granted.  The petition is due within 30 days from the entry of this order.